**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

**FILED**

JAN **2 3** 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                              DEPUTY

| | | |
|---|---|---|
| **JULIA ANICO,** | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No.** |
| **v.** | § | **DR-17-CV-56–AM/CW** |
| | § | |
| | § | |
| **HUDSON INSURANCE COMPANY,** | § | |
| **Defendant.** | § | |

## ORDER

Pending before the Court is the parties' Joint Motion for Dismissal with Prejudice. (ECF No.

12.)   After considering the motion, it is hereby **ORDERED** that the motion is **GRANTED**.

Accordingly, all claims against the Defendant Hudson Insurance Company are **DISMISSED WITH**

**PREJUDICE**. It is further **ORDERED** that the Plaintiff Julia Anico shall take nothing in this cause

of action from the Defendant Hudson Insurance Company, and all costs are to be taxed against the

party incurring same.   Finally, it is **ORDERED** that a clerk's judgment shall issue immediately,

terminating the present cause of action.

SIGNED this 23rd day of January, 2018.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE